**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 04-1705**

JOSETTE M. MILLS,

Plaintiff - Appellant,

versus

HECTOR BARRETO, Administrator; U.S. SMALL
BUSINESS ADMINISTRATION; CHARLES GASTON; BETTY
VERSER; JIMMIE ANDERSON; THOMAS TOLAN,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Richard L. Williams, Senior
District Judge.  (CA-03-735)

Submitted:  February 28, 2005          Decided:  March 17, 2005

Before NIEMEYER, WILLIAMS, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Belva D. Newsome, Washington, D.C., for Appellant.  Paul J.
McNulty, United States Attorney, Robert P. McIntosh, Assistant
United States Attorney, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Josette M. Mills appeals the district court's orders granting summary judgment to Defendants in this action arising under the Rehabilitation Act and denying Mills' motion for reconsideration. We have reviewed the record and briefs and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Mills v. Barreto, No. CA-03-735 (E.D. Va. Mar. 8, 2004, and Apr. 6, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED